JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZARIO RADILLA VALDOVINOS, | Case No. 5:26-cv-01647-JLS-RAO |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part, and Judgment is entered in favor of Petitioner.

DATED: May 14, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE